BY THE COURT:
Alabama death row inmate Leroy White has moved this Court for a certificate of appealability (“COA”) to review the district court’s denial of his Federal Rule of Civil Procedure 60(b) motion for relief from the district court’s judgment denying White’s 28 U.S.C. § 2254 petition for a writ of habeas corpus.
We deny White’s motion for a COA as unripe because he has not filed a motion for a COA in the district court first and obtained a ruling from the district court. See United States v. Futch, 518 F.3d 887, 894 n. 1 (11th Cir.2008) (“District courts must consider and rule upon the propriety of issuing the COA first, that is, before a request for a COA will be received or acted on by this court or a judge of this court.”).
Alternatively, we deny the motion for a COA in the reasons outlined in our order denying White’s second motion for a stay of execution.
MOTION DENIED.